**LAW OFFICES OF CHARLES EISS, P.L.**
8211 W. BROWARD BOULEVARD, SUITE 360
PLANTATION, FLORIDA 33324
Phone: (954) 990-6923
Fax: (855) 423-5298

February 9, 2015

**VIA CERTIFIED AND REGULAR MAIL**
Gwen Pepin
200 S Biscayne Blvd
Unit 700A
Miami, FL  33131-2332

Re: Angel Kelly

Dear Ms. Pepin,

Please be advised this letter is written on behalf of our client, Angel Kelly, as required by Florida Statutes § 448.110 to advise you of her intent to claim damages for your failure to both meet Florida minimum wage requirements and your failure to pay all wages earned. Payment in full pursuant to this statute is due within fifteen (15) calendar days of your receipt of this letter.

Ms. Kelly has worked an average of approximately fifty (50) hours per week for the past three weeks for which no money has been paid. Given Florida's present rate of $8.05 as the threshold for minimum wage, our client is owed $1,207.50 at a base level for the three weeks.

Additionally, Ms. Kelly has an agreement where she is to be compensated at the rate of 50% of all revenues generated by her, together with her cash and credit card tips. Your company has consistently failed to properly pay our client in the five (5) months she has been employed with your organization. Based upon Ms. Kelly having tracked her gross revenues the past two weeks in an amount approximating $4,500, not including tips, we reasonably estimate her weekly gross to be about $2,500, which should result in a weekly payment to her of about $1,250. She has instead been paid on average in a range of $600-800 per week. Thus, we estimate she has been employed about 22 weeks and should have been paid approximately $27,500. Demand is therefore additionally made for said amount, less any amount you can document has actually been paid.

Finally, the salon has failed to compensate Ms. Kelly for overtime hours. Clearly, since the salon controls when our client works, the cash flow, the payments, the customer distribution and virtually every other aspect of the business, our client is an employee and not an independent contractor. As such, she is entitled to overtime. We estimate Ms. Kelly works approximately 50-55 hours every week and is therefore entitled to compensation at the rate of 1.5 times her base pay according to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. Further, since overtime

**LAW OFFICES OF CHARLES EISS, P.L.**
8211 W. BROWARD BOULEVARD, SUITE 360
PLANTATION, FLORIDA 33324
Phone: (954) 990-6923
Fax: (855) 423-5298

has not been paid, she is also entitled to liquidated damages in an amount double of what is owed.

Using $1,250 as the base weekly amount, at 15 hours of overtime, our client is owed an additional $170 weekly for a total of $3750 in base overtime damages and $7,500 in total overtime damages, together with attorney's fees.

Therefore, demand is hereby made in the amounts of $1,207.50 for the unpaid minimum wage, $7,500 for the unpaid overtime and $27,500 less amounts actually paid for unpaid wages, together with attorney's fees. The failure to make payment in full within fifteen (15) calendar days will result in a law suit being filed for the full damages referenced herein.

Additionally, should any adverse employment action be taken against our client in response or retaliation to this demand, we will file an additional count seeking damages for your retaliatory conduct.

**PLEASE GOVERN YOURSELVES ACCORDINGLY**

Sincerely,

*/s/ Charles Eiss / For*
Charles Eiss, Esq.