AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| Angel Kelly | ) |
|---|---|
| *Plaintiff* | ) ) |
| v. | ) Civil Action No. 16-cv-20276-King/Torres |
| GWP INTERNATIONAL LLC, a corporation et. al. | ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gwenael Pepin
200 S Biscayne Blvd
Unit 700A
Miami, FL 33131-2332

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CHARLES M. EISS, Esquire
Law Offices of Charles Eiss, P.L.
7951 SW 6th Street,
Suite 308
Plantation, FL 33324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 01/25/2016

*Signature of Clerk or Deputy Clerk*